**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HAMI CAN KAYAS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-547** |
| | : | |
| **JL JAMISON, BRIAN MCSHANE,** | : | |
| **TODD LYONS, KRISTI NOEM, PAM** | : | |
| **BONDI, DHS** | : | |

## <u>ORDER</u>

    **AND NOW**, this 30th day of January 2026, upon considering the verified Petition for habeas corpus (ECF 1) and Motion for temporary restraining order (ECF 2), the United States' timely Opposition (ECF 6), carefully considering the uncontested allegations regarding the Petitioner's presence in our District and Respondents do not claim Petitioner is a danger to person or property or a flight risk, mindful the United States preserves arguments denied by us and our colleagues from several earlier petitions and does not contest the specific grounds other than continuing to reserve arguments earlier denied, it is **ORDERED** we **GRANT** the verified Petition for habeas corpus (ECF 1) and Motion for temporary restraining order (ECF 2) requiring:

    1.    Respondents **forthwith** release Petitioner Hami Can Kayas from custody by **Noon EST** on **January 31, 2026** and confirm their anticipated strict compliance with today's Order through a Certification of Respondents' counsel filed no later than **2:00 PM EST** on **February 2, 2026;** and,

    2.    We **direct** the Clerk of Court **CLOSE** this case.

**KEARNEY, J.**